IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAYMOND ENGLE, :

    Plaintiff,

v. : Case No. 3:10-CV-39

MARY WISEMAN, et al., : JUDGE WALTER H. RICE

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. #21); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #22); OVERRULING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCLOVERY (DOC. #17); OVERRULING PLAINTIFF'S MOTION FOR JOINDER OF CLAIMS (DOC. #18); OVERRULING PLAINTIFF'S MOTION TO REOPEN CASE (DOC. #20); DENYING LEAVE TO APPEAL IN FORMA PAUPERIS; CAPTIONED CAUSE REMAINS TERMINATED

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington, in her Report and Recommendations, filed November 30, 2012 (Doc. #21), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety, and OVERRULES Plaintiff's objections thereto (Doc. #22).  The Court, therefore, OVERRULES Plaintiff's motion for an order compelling disclosure or discovery (Doc. #17), Plaintiff's motion for joinder of claims (Doc. #18), and Plaintiff's motion to reopen case (Doc. #20).

Given that any appeal of this Order would not be taken in good faith, Plaintiff is DENIED leave to appeal *in forma pauperis*.

The captioned case shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: January 29, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE